1

2

3

4                                UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6                                      SAN JOSE DIVISION

7

8    JOE LEDEZMA,                                    Case No.  24-cv-03393-VKD

              Petitioner,
9
                                                     **ORDER OF TRANSFER**
10        v.

11   JAMES HILL, Warden,

              Respondent.
12

13

14          Joe Ledezma, a state prisoner currently confined at the Richard J. Donovan Correctional

15   Facility in San Diego, California, filed a *pro se* petition for writ of habeas corpus, challenging his

16   state conviction out of Los Angeles County.  Dkt. No. 1 at 2.  The Court notes that Mr. Ledezma

17   addresses the petition to the California Court of Appeal, but the petition was mailed to this district

18   court.  Dkt. No. 1-1.[1]

19          A petition for a writ of habeas corpus made by a person in custody under the judgment and

20   sentence of a state court of a state which contains two or more federal judicial districts may be

21   filed in either the district of confinement or the district of conviction.  *See* 28 U.S.C. § 2241(d).

22   Mr. Ledezma's district of confinement is the Southern District of California, which includes San

23   Diego County.  28 U.S.C. § 84(d).  However, Mr. Ledezma's district of conviction is the Western

24   Division of the Central District, which includes Los Angeles County.  28 U.S.C. § 84(c)(2).

25   Accordingly, the Northern District of California has no jurisdiction over this matter.

26

27   _____

28   [1]A search of Mr. Ledezma's name on California's Appellate Courts Case Information database
     shows that he also filed a state habeas petition in the 2nd Appellate District on May 31, 2024
     (Case No. B338187). *See* https://appellatecases.courtinfo.ca.gov/search.cfm?dist=2.

United States District Court
Northern District of California

Federal courts in California traditionally have chosen to hear habeas petitions challenging a state conviction or sentence in the district of conviction or sentencing. *See* Habeas L.R. 2254-3(b)(1); *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Accordingly, in the exercise of its discretion and in the furtherance of justice, the Court finds that this case should be transferred to the United States District Court for the Western Division of the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the Western Division of the Central District of California.

**IT IS SO ORDERED.**

Dated: June 7, 2024

VIRGINIA K. DEMARCHI
United States Magistrate Judge