UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:24-cv-04888-HDV (MAA)**                                    Date: **September 27, 2024**

Title     **Joe Ledezma v. James Hill**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff/Petitioner:    Attorneys Present for Defendants/Respondent:
N/A                                             N/A

**Proceedings (In Chambers):    Order to Show Cause Re: Dismissal for Lack of Prosecution**

On August 8, 2024, Petitioner was ordered to file by September 9, 2024, if he sought to proceed with this federal habeas case, an amended petition that incorporated a completed Form CV-69, Petition for Writ of Habeas Corpus by a Person in State Custody.  (ECF No. 12.)  No amended petition has been filed and no other response to the Court's order has been received.  Petitioner is therefore ordered to show cause, in writing, no later than **October 28, 2024** why this action should not be dismissed for lack of prosecution.

If Petitioner files the following on or before the above date, the Order to Show Cause will be discharged, and no additional action need be taken.

- ☐ Proof of service of the summons and complaint
- ☐ Amended complaint
- ☐ Status report
- ☒ Written response to the Court's attached order (order attached)
- ☐ Notice of voluntary dismissal (form attached)

**Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**  *See* **C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Order re: Filing of Petition (ECF No. 12)