JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LEDEZMA,<br><br>        Petitioner,<br><br>  v.<br><br>JAMES HILL,<br><br>        Respondent. | Case No. 2:24-cv-04888-HDV (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: 11/19/24

HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE